USDC IN/ND case 3:23-cv-00181-DRL-MGG   document 2   filed 03/01/23   page 1 of 6

FILED
03/01/2023 PUT
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Chanda J. Berta, Acting Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE **Northern** DISTRICT OF **Indiana**

(Full name of plaintiff(s))

**Tyler Davis**

v.

(Full name of defendant(s))

**unknown Doctors**

Case Number:

_3:23-cv-181_

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of **Indiana**, and is located at
    (State)

    _____
    (Address of prison or jail)

    (If more than one plaintiff is filing, use another piece of paper).

2.  Defendant _____
    (Name)

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On or around March 2021, a Doctor from Community East Hospital in Indianapolis sent me home with no medications, x-rays, tests, or blood work when I came in about back pain.

On or around February 14 2022, I went to Eskanazi Hospital in Indianapolis, again! nothing happened no tests or anything.

On or around February 18th 2022, I went back to Eskanazi Indy, where they x-rayed, MRIed, CT scanned on my lower back and found a spot. the

Doctor said that if I wasn't in custody he'd do further testing, but got sent back to jail cause I was healthy enough.

In September 2022 I got paperwork from the previous visits and in both visits the Doctors stated I've got abnormal scar tissue from a previous infection and to get it checked out as soon as possible.

In February 2023 I seen a Doctor at the Putnamville Correction Facility about back pain and limited movement. The Doctor said I have sever bone infection or spinal bone cancer, either way it needs to be treated Now and that time is urgent it need to be treated Asap.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
     OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

3 million dollars for pain and suffering

E. JURY DEMAND

☐ Jury Demand – I want a jury to hear my case
    OR

☒ Court Trial – I want a judge to hear my case

Dated this __27__ day of __February__ 20__23__.

Respectfully Submitted,

_____
Signature of Plaintiff

__292355__
Plaintiff's Prisoner ID Number

__1946 US Highway 40__
__Greencastle, In 46135__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

## FILING FEE

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.